| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>KRISTIN HUCEK - # 321853<br>khucek@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant<br>GOOGLE LLC | SPERLING & SLATER<br>JOSEPH M. VANEK *(pro hac vice granted)*<br>jvanek@sperling-law.com<br>BRUCE SPERLING *(pro hac vice granted)*<br>bss@sperling-law.com<br>EAMON KELLY *(pro hac vice granted)*<br>ekelly@sperling-law.com<br>TIMOTHY SPERLING *(pro hac vice granted)*<br>tsperling@sperling-law.com<br>55 West Monroe Street, Suite 3200<br>Chicago, IL  60603<br>Telephone:     312 641 3200<br>Facsimile:      312 641 6492<br><br>HAUSFELD LLP<br>Michael P. Lehmann - #77152<br>mlehmann@hausfeld.com<br>Bruce J. Wecker - #78530<br>bwecker@hausfeld.com<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>(415) 633-1908<br><br>Attorneys for Plaintiffs<br>LEFT FIELD HOLDINGS, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEFT FIELD HOLDINGS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 3:22-CV-01462-VC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Court:　　Courtroom 4; 17th Floor<br>Judge:　　Hon. Vince Chhabria<br><br>Date Filed: December 2,2022<br><br>Trial Date: Not Yet Set |

1   WHEREAS, on March 8, 2022, Plaintiffs Left Field Holdings, Left Field Holdings II, Left
2   Field Holdings III, Left Field Holdings IV, Left Field Holdings V, Left Field Holdings VI, and
3   Everfresh Endeavors (collectively "Plaintiffs") filed a class action complaint against Google LLC
4   ("Google") alleging violations of the Lanham Act (Dkt. 1);

5   WHEREAS, on June 30, 2022, Plaintiffs filed an amended class action complaint,
6   alleging violations of the Lanham Act, including trademark infringement, false advertising, false
7   association, and counterfeiting (Dkt. 41);

8   WHEREAS, on August 15, 2022, Google filed a motion to dismiss Plaintiffs' amended
9   class action complaint in its entirety (Dkt. 44);

10  WHEREAS, on November 18, 2022, the Court issued an order granting Google's Motion
11  to Dismiss the amended class action complaint as to all counts (Dkt. 64, the "Dismissal Order");

12  WHEREAS, the Court granted Plaintiffs leave to file an amended complaint no later than
13  December 9, 2022;

14  WHEREAS, Plaintiffs have determined that they will neither file a further amended
15  complaint nor seek appellate review of the Dismissal Order;

16  WHEREAS, Google has agreed that in exchange for Plaintiffs dismissing this action and
17  declining to pursue it further, Google will not seek sanctions or recovery of attorneys' fees or
18  costs in connection with this action;

19  Now, therefore, it is hereby stipulated by and between Plaintiffs on the one hand, and
20  Google on the other hand, through their undersigned counsel, as follows:

21  1.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily
22  dismiss their claims with prejudice, with each party to bear its own fees and costs.

23  2.   Each of the Parties, and their attorneys of record, agree not to seek sanctions or
24  recovery of fees in connection with this matter.

25  3.   Plaintiffs hereby waive all rights to appeal in the action, including, but not limited
26  to, all rights to appeal from the Dismissal Order.

27

28  Pursuant to Federal Rule of Civil Procedure 41, this Joint Stipulation of Voluntary

1 | Dismissal With Prejudice is effective without a court order.

2 | **IT IS SO STIPULATED.**

3 | Dated: December 2, 2022                              KEKER, VAN NEST & PETERS LLP

5 |                                              By:   /s/ *Benjamin Berkowitz*
                                                     BENJAMIN BERKOWITZ
6 |                                                    MICHELLE YBARRA
                                                     CODY S. HARRIS
7 |                                                    KRISTIN HUCEK
                                                     LUKE APFELD

9 |                                                    Attorneys for Defendant
                                                     GOOGLE LLC

10 | Dated: December 2, 2022                             HAUSFELD LLP

12 |                                             By:   */s/ Bruce J. Wecker*

13 |                                                   MICHAEL P. LEHMANN
                                                    BRUCE J. WECKER

15 |                                                   Attorneys for Plaintiffs

17 |                                    **ATTESTATION**

18 | Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

20 | Dated: December 2, 2022                              /s/ *Bruce J. Wecker*